MARK D. ROSENBAUM (SBN 59940)
AHILAN T. ARULANANTHAM (SBN 237841)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500
Fax: (213) 250-3919

BRADLEY S. PHILLIPS (SBN 85263)
STEPHEN M. KRISTOVICH (SBN 82164)
FRED A. ROWLEY, JR. (SBN 192298)
FADIA RAFEEDIE KHOURY (SBN 230192)
WESLEY T. SHIH (SBN 233531)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMADOU LAMINE DIOUF, RAYMOND SOEOTH, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

MICHAEL CHERTOFF, SECRETARY OF DHS, NEIL SAMPSON, INTERIM DIRECTOR OF DIHS, JOHN DOES 1-4 (FEDERAL OFFICIALS WITHIN THE DEPARTMENT OF HOMELAND SECURITY AND DIVISION OF IMMIGRATION HEALTH SERVICES), DAVID MARTIN, RN, DR. TOBE PROPST, MINERVA STEVENSON, JOHN DOES 5-7 (ICE OFFICERS OR PRIVATE SECURITY OFFICERS), JOHN TORRES, DIRECTOR OF ICE OFFICE OF DETENTIAL AND REMOVAL, ANTHONY

CASE NO. CV 07-03977 TJH(CTx)

PLAINTIFFS' SECOND AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

New Date: January 28, 2008
Time: UNDER SUBMISSION
Courtroom: 17

TANGEMAN, FORMER DIRECTOR OF ICE OFFICE OF DETENTIAL AND REMOVAL, JOHN DOES 8-10 (FEDERAL OFFICIALS WITHIN THE DEPARTMENT OF HOMELAND SECURITY AND DIVISION OF IMMIGRATION HEALTH SERVICES), JEFFRY BRINKLEY, JOHN DOE 11 (A PHYSICIAN), MARK PORTER, JOHN DOE 12 (AN ICE OFFICER), JOHN DOES 13-14 (FEDERAL OFFICIALS WITHIN THE DIVISION OF IMMIGRATION HEALTH SERVICES),

Defendants.

TO ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE THAT on January 28, 2008, at a time yet to be determined, or as soon thereafter as the matter may be heard, in Courtroom 17 of the above-entitled court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs will and do hereby move for a preliminary injunction enjoining Defendants as follows:

(1) From giving any anti-psychotic medication to any class member unless a qualified physician has examined that non-citizen and determined that the medication is appropriate to treat a mental illness, in compliance with the procedure set forth in 28 C.F.R. 549.43; and

(2) From forcibly administering any drug to any class member in order to facilitate the deportation of that class member unless an Article III judicial officer determines that the forcible administration of the drug is necessary and appropriate after receiving evidence from a qualified physician who has determined that the administration of that drug is medically appropriate.

Plaintiffs' motion is based upon this Second Amended Notice of Motion, the Amended Notice of Motion and Motion filed on November 19, 2007, the memorandum of points and authorities and exhibits filed concurrently with the Amended Notice, all other pleadings, records, and exhibits on file in this action, and such additional authorities and arguments as may be presented in reply and at any hearing on Plaintiffs’ motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 5, 2007. See Arulanantham Decl. attached to Plaintiff's Second Amended Motion for Class Certification at ¶ 8.

DATED: January 2, 2008

Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

MUNGER, TOLLES & OLSON LLP

By: / s /
WESLEY T. SHIH
Attorneys for Plaintiffs

**PROOF OF SERVICE BY E-MAIL AND U.S. MAIL**

I, Valentina Neufeld, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

2. On January 3, 2008, I served a true and correct PDF image of the attached document entitled PLAINTIFFS' SECOND AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION by causing it to be sent via electronic transmission to the following person(s) at the e-mail address(es) indicated on the attached service list.

3. In addition to causing the electronic transmission, I placed a true copy of said document in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on the date indicated in paragraph 2, following ordinary business practices.

4. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2008, at Los Angeles, California.

/ s /

VALENTINA NEUFELD

**SERVICE LIST**

*Amadou Lamine Diouf, et al v. Michael Chertoff, et al.*
(D. Ct. No. CV 07-03977 TJH(CTx))

Sheri Glaser
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
529 14th Street, NW
National Press Building
Room 1148-14
Washington, DC 20530
Fax: (202) 233-0397
Email: sheri.glaser@usdoj.gov

Gjon Juncaj
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
email: gjon.juncaj@usdoj.gov

C. Barrington Wilkins
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
email: c.barrington.wilkins@usdoj.gov