AHILAN T. ARULANANTHAM, SBN 237841
MARK D. ROSENBAUM, SBN 59940
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA 90026-5752
Telephone: (213) 977-9500
Facsimile: (213) 250-3919

BRADLEY S. PHILLIPS  SBN 85263
STEPHEN M. KRISTOVICH  SBN 82164
FRED A. ROWLEY, JR. SBN 192298
FADIA RAFEEDIE KHOURY SBN 230192
WESLEY T. SHIH SBN233531
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOU LAMINE DIOUF, RAYMOND SOEOTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY OF DHS, NEIL SAMPSON, INTERIM DIRECTOR OF DIHS, JOHN DOES 1-4 (FEDERAL OFFICIALS WITHIN THE DEPARTMENT OF HOMELAND SECURITY AND DIVISION OF IMMIGRATION HEALTH SERVICES), DAVID MARTIN, RN, DR. TOBE PROPST, MINERVA STEVENSON, JOHN DOES 5-7 (ICE OFFICERS OR PRIVATE SECURITY OFFICERS), JOHN TORRES, DIRECTOR OF ICE OFFICE OF DETENTION AND REMOVAL, ANTHONY TANGEMAN, FORMER DIRECTOR | CASE NO.  CV07-3977 TJH (CTx)<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO Fed. R. Civ. Pro. 41(a).** |

| | |
|---|---|
| 1 | OF ICE OFFICE OF DETENTION AND REMOVAL, JOHN DOES 8-10 (FEDERAL OFFICIALS WITHIN THE DEPARTMENT OF HOMELAND SECURITY AND DIVISION OF IMMIGRATION HEALTH SERVICES), JEFFRY BRINKLEY, JOHN DOE 11 (A PHYSICIAN), MARK PORTER, JOHN DOE 12 (AN ICE OFFICER), JOHN DOES 13-14 (FEDERAL OFFICIALS WITHIN THE DIVISION OF IMMIGRATION HEALTH SERVICES) |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| 9 | |

**STIPULATION TO DISMISS ACTION**

On January 29, 2008, the parties stipulated to stay these proceedings until completion of certain provisions of a settlement agreement signed by the parties on January 28, 2008. As these provisions of the settlement agreement have been satisfied, the parties hereby stipulate to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

It is so stipulated.

                                                  ACLU OF SOUTHERN CALIFORNIA
                                                  MUNGER, TOLLES & OLSEN, LLP

Dated: April 29, 2008         /s/ Ahilan T. Arulanantham
                                                  AHILAN T. ARULANANTHAM
                                                  Attorneys for Plaintiffs

                                                  JEFFREY S. BUCHOLTZ
                                                  Acting Assistant Attorney General
                                                  Civil Division
                                                  THOMAS P. O'BRIEN
                                                  United States Attorney
                                                  DAVID J. KLINE
                                                  Director, District Court Section

Dated: April 29, 2008         /s/ Gjon Juncaj
                                                  GJON JUNCAJ
                                                  Trial Attorney

                                                  Attorneys for Federal Defendants
                                                  (In their official capacity only)

Dated: April 29, 2008         /s/ Mary Mason
                                                  MARY HAMPTON MASON

                                                  Attorneys for Federal Defendants
                                                  Martin, Propst, Stevenson, Brinkley, Porter, Tangeman, and Torres (in their individual capacity only)