AHILAN T. ARULANANTHAM, SBN 237841
MARK D. ROSENBAUM, SBN 59940
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA 90026-5752
Telephone: (213) 977-9500
Facsimile: (213) 250-3919

BRADLEY S. PHILLIPS  SBN 85263
STEPHEN M. KRISTOVICH  SBN 82164
FRED A. ROWLEY, JR. SBN 192298
FADIA RAFEEDIE KHOURY SBN 230192
WESLEY T. SHIH SBN233531
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOU LAMINE DIOUF, RAYMOND SOEOTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY OF DHS, NEIL SAMPSON, INTERIM DIRECTOR OF DIHS, JOHN DOES 1-4 (FEDERAL OFFICIALS WITHIN THE DEPARTMENT OF HOMELAND SECURITY AND DIVISION OF IMMIGRATION HEALTH SERVICES), DAVID MARTIN, RN, DR. TOBE PROPST, MINERVA STEVENSON, JOHN DOES 5-7 (ICE OFFICERS OR PRIVATE SECURITY OFFICERS), JOHN TORRES, DIRECTOR OF ICE OFFICE OF DETENTION AND REMOVAL, ANTHONY TANGEMAN, FORMER DIRECTOR OF ICE OFFICE OF DETENTION | CASE NO.  CV07-3977 TJH (CTx)<br><br>**ORDER TO DISMISS ACTION (#81)  JS-6** |

| | |
|---|---|
| 1 | AND REMOVAL, JOHN DOES 8-10 (FEDERAL OFFICIALS WITHIN THE DEPARTMENT OF HOMELAND SECURITY AND DIVISION OF IMMIGRATION HEALTH SERVICES), JEFFRY BRINKLEY, JOHN DOE 11 (A PHYSICIAN), MARK PORTER, JOHN DOE 12 (AN ICE OFFICER), JOHN DOES 13-14 (FEDERAL OFFICIALS WITHIN THE DIVISION OF IMMIGRATION HEALTH SERVICES) |
| 8 | Defendants. |

Good cause having been shown in the Stipulation to Dismiss Action Pursuant to Fed. R. Civ. Pro. 41(a), this action is hereby dismissed with prejudice. Any pending motions or hearings, are hereby moot and are placed off the calendar.

Dated:  May 6, 2008

_____
HONORABLE TERRY J. HATTER
United States District Judge

2